108702-8

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO. 2:22-cv-792-JES-NPM**

CHARLES JOHNSON,

    Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC.

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, BJ'S WHOLESALE CLUB INC., ("Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and in anticipation of the Court's forthcoming Order, hereby files and serves the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   a. BJ's Wholesale Club, Inc. is a publically traded company and its parent corporation is BJ's Wholesale Club Holdings, Inc.  BlackRock, Inc. is the only publicly traded company that BJ's Wholesale Club, Inc. is aware of that owns 10% or more of its stock.

CASE NO. 22-CA-3271

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   a. BJ's Wholesale Club, Inc., Defendant, BJ's Wholesale Club, Inc. is a Massachusetts corporation.

   b. Charles Johnson, Plaintiff, is a resident of Lee County, Florida.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. Plaintiff: Charles Johnson

   b. Plaintiff's attorney's law firm: Farah & Farah, P.A.

   c. Plaintiff's attorneys: Gregory A. Ream

   d. Plaintiff's medical providers

   e. Defendant: BJ's Wholesale Club, Inc. and the affiliated corporations identified in paragraph 1

   f. Defendant's attorney's law Firm: Wicker Smith O'Hara McCoy & Ford, P.A.

   g. Defendant's attorneys: Julie Campbell, Esquire, Drew Vogt, Esquire. and Kevin Crews, Esquire.

<div align="right">CASE NO. 22-CA-3271</div>

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    a. None known at this time.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    a. None known at this time.

6. Each person arguably eligible for restitution:

    a. Plaintiff, Charles Johnson, asserts civil claims, but has not sought restitution.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:      12/16/2022

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Julie A. Campbell*
Julie A. Campbell, Esquire (0050134)
JCampbell@wickersmith.com
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
9132 Strada Pl., Suite 400
Naples, FL  34108
NAPcrtpleadings@wickersmith.com
Telephone:(239) 552-5300
Facsimile: (239) 552-5399
Attorneys for BJ's Wholesale Club, Inc.

</div>

CASE NO. 22-CA-3271

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on December 16, 2022, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                  */s/Julie A. Campbell*
                                                  Julie A. Campbell, Esquire

## SERVICE LIST

Gregory A. Ream, Esquire
Farah & Farah, P.A.
Via email: gream@farahandfarah.com
7130 College Parkway
Fort Myers, FL 33907
 lrianodelgado@farahandfarah.com
Telephone:  (239) 900-1226
Facsimile:
gream@farahandfarah.com,
lrianodelgado@farahandfarah.com