```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

CHARLES JOHNSON,
individually,

      Plaintiff,

v.                            Case No:   2:22-cv-792-JES-NPM

BJ'S WHOLESALE CLUB, INC.,

      Defendant.

_____

## ORDER

This matter comes before the Court on the Status Report of Mediator/Notice of Cancellation of Mediation (Doc. #24), filed on September 11, 2023. The Mediator indicates that the parties advised him that a settlement was reached between the parties and therefore the formal mediation date is cancelled.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of September 2023.

                                                JOHN E. STEELE
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record